IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Kirtan Khalsa**
United States Magistrate Judge

**Minutes**

Tuesday, June 3, 2025, at 10:30 a.m.

*Grants Patio Apartments LLC v. AmGUARD Insurance Co.*

Civ. No. 24-783 JB/KK

**PLAINTIFF'S ATTORNEYS PRESENT**:   Lawrence A. VandenBout

**DEFENDANT'S ATTORNEY PRESENT**:   Charles Curran

**TYPE OF PROCEEDING**:   Telephonic Pre-Settlement Status Conference

Time – 3 minutes

**MINUTES**:

- The Court held a joint confidential telephonic pre-settlement status conference in the above-referenced case.